# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **HARVEY LEE MUNGRO, JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15cv471-FDW |
| | ) | 3:11cr370-FDW-1 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2016 Order.

January 14, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court